U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2004 SEP 24 P 2: 48

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Boston and Maine Corp., et al.

v.    Civil No. 04-181-PB

Craig Benson, Governor of
New Hampshire, et al.

O R D E R

On or before October 15, 2004, plaintiffs shall file a brief, limited to 25 pages, that explains why plaintiffs' claims are ripe for review and why its takings claim should not in any event be dismissed without prejudice pursuant to Williamson County Reg'l Planning Comm'n v. Hamilton Bank, 473 U.S. 172, 194 (1985).

SO ORDERED.

Paul Barbadoro
Chief Judge

September 24, 2004

cc: R. Matthew Cairns, Esq.
Robert Culliford, Esq.
Craig S. Donais, Esq.
Eric Hirschhorn, Esq.